IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATE HAWKINS WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-228-MEF |
| | ) (WO – Do Not Publish) |
| KENNY HARDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Before the Court is Plaintiff's unopposed Motion for Additional Time to Respond to Order on Defendants' Motion to Dismiss (Doc. #31). It is hereby ORDERED for good cause shown that Plaintiff's motion (Doc. #31) is GRANTED. Plaintiff shall file a response to Defendants' Motion to Dismiss for Failure to State a Claim (Doc. #27), which shall include a brief and any evidentiary materials, on or before June 5, 2013. Defendants may file a reply brief on or before June 12, 2013.

DONE this the 22nd day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE